IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bailey, William M | Case Number: 04 B 12677 |
|---|---|---|
| | Bailey, Toi-Ann | Judge: Wedoff, Eugene R |
| | Printed: 1/15/08 | Filed: 3/31/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: August 31, 2007
Confirmed: October 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 28,517.13 | |
| Secured: | | 19,645.90 |
| Unsecured: | | 5,829.39 |
| Priority: | | 0.00 |
| Administrative: | | 1,530.00 |
| Trustee Fee: | | 1,509.87 |
| Other Funds: | | 1.97 |
| Totals: | 28,517.13 | 28,517.13 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Moulton & Associates | Administrative | 1,530.00 | 1,530.00 |
| 2. | National Capital Management | Secured | 8,731.52 | 8,731.52 |
| 3. | Household Automotive Finance Corp | Secured | 10,914.38 | 10,914.38 |
| 4. | Internal Revenue Service | Priority | 1,523.83 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 12,881.73 | 0.00 |
| 6. | National Capital Management | Unsecured | 2,278.25 | 2,278.25 |
| 7. | Household Automotive Finance Corp | Unsecured | 3,551.14 | 3,551.14 |
| 8. | Triad Financial Services | Unsecured | 15,017.24 | 0.00 |
| 9. | Cash To Go | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | University of Illinois | Unsecured | | No Claim Filed |
| 12. | TCF Bank | Unsecured | | No Claim Filed |
| 13. | Ten Minute Loan | Unsecured | | No Claim Filed |
| 14. | National Quick Cash | Unsecured | | No Claim Filed |
| 15. | Pay Day Loans | Unsecured | | No Claim Filed |
| 16. | GMS Loan LLC | Unsecured | | No Claim Filed |
| 17. | South Shore Hospital | Unsecured | | No Claim Filed |
| 18. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | $ 56,428.09 | $ 27,005.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 493.35 |
| 4% | 116.59 |
| 3% | 58.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bailey, William M
       Bailey, Toi-Ann
       Printed:  1/15/08

Case Number:  04 B 12677
Judge:  Wedoff, Eugene R
Filed:  3/31/04

|       |        |
|-------|--------|
| 5.5%  | 380.05 |
| 5%    |  48.50 |
| 4.8%  | 232.80 |
| 5.4%  | 180.37 |
|       | _____ |
|       | $ 1,509.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by:

       *[signature]*
       _____